# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IDOCIA CALDWELL and JEFF
LUSCAR,

    Plaintiffs,

v.                                                  Case No: 6:22-cv-1742-RBD-RMN

M.U CONSULTANTS LLC and
USMAN TANVEER,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 29), filed June 15, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Order to Show Cause (Doc. 28) is **DISCHARGED**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 16, 2023.



ROY B. DALTON JR.
United States District Judge